April 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

YUVAL LAPINER, Appellant

NO. 14-12-00158-CV                          V.

JACKOB MAIMON, MAX PRIDGEON, MICHELLE R. CINNAMON-FLORES, HAIM TSUFF, GOODRICH GLOBAL LTD., ISRAMCO, INC., JEFFREY GOLDSTEIN, AND THEODORE STEINBERG, Appellees

_____

 This cause, an appeal from the judgment signed December 12, 2011, was heard on the transcript of the record. We order the appeal **DISMISSED**.

 We order appellant, Yuval Lapiner, to pay all costs incurred in this appeal.

 We further order this decision certified below for observance.